UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MANUEL A. FALLAS

v.                                                                                           CA 10-356 ML

PORTOLA TECH INTERNATIONAL

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 15, 2010. The Magistrate Judge recommends dismissal of this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Plaintiff has not filed a response and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint and the Amended Complaint are DISMISSED without prejudice.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 7, 2010